```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA Bar No. 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
Erin.highland@ssa.gov
```

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY BORTOLUSSI,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　Defendant. | CIVIL NO. 3:24-cv-00521-LJC<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |

　　　IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will:

- Reevaluate the medical opinions and prior administrative findings;

Stip. to Remand, [3:24-cv-00521-LJC]　　　　　　　　1

- Continue with the sequential evaluation process, as necessary. This may include reevaluating the claimant's residual functional capacity; reevaluating the claimant's ability to perform other work; making specific findings; and explaining and resolving any conflicts; and
- Offer the claimant the opportunity for a hearing, further develop the record as needed, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: March 26, 2024           By: /s/
                                RACHEL "RAI" SUE SUSSMAN
                                (as authorized by email)
                                Attorneys for Plaintiff

Dated: March 26, 2024           ISMAIL J. RAMSEY
                                United States Attorney

                          By:   /s/ Erin Highland
                                ERIN HIGHLAND
                                Special Assistant U.S. Attorney
                                Office of Program Litigation, Office 7
                                Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: __March 26, 2024          _____
                                THE HONORABLE LISA J. CISNEROS
                                United States Magistrate Judge