UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY BORTOLUSSI,

       Plaintiff,

   v.

MARTIN J. O'MALLEY, et al.,

       Defendants.

Case No.  24-cv-00521-LJC

**JUDGMENT**

    On March 26, 2024, the Court granted the parties' stipulation for voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g).  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of Plaintiff and against Defendant.  The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: March 26, 2024

_____

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California